**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **STEPHANIE N MARTIN,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **NO. SA-26-CV-04426-OLG** |
| | § | |
| **BANDERA COUNTY, TEXAS *et al.*,** | § | |
| | § | |
| **Defendants.** | § | |

# ORDER

The Court has considered United States Magistrate Judge Elizabeth S. Chestney's Report and Recommendation (R&R), filed July 30, 2026, concerning pro se Plaintiff Stephanie Martin's proposed complaint. (*See* R&R, Dkt. No. 4.)

Plaintiff timely filed her objections to the R&R on August 10, 2026 (*see* Dkt. No. 9). *See* FED. R. CIV. P. 72(b)(2). As such, the Court must make a de novo determination as to "any part of the magistrate judge's disposition that has been properly objected to." FED. R. CIV. P. 72(b)(3); *see United States. v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989), *cert. denied*, 492 U.S. 918 (1989). Objections must be specific; frivolous, conclusory, or general objections need not be considered by the district court. *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982), *overruled on other grounds by Douglass v. U.S. Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)). Any portions of the Magistrate Judge's findings or recommendations that were not objected to are reviewed for clear error. *Wilson*, 864 F.2d at 1221.

Plaintiff raises objections to the R&R based on her proposed amended pleading (*see* Dkt. No. 10). She contends that dismissal should not preclude consideration of her amended complaint, which she claims remedied the deficiencies addressed in the R&R. (Dkt. No. 9 at 3; *see*

*id.* at 4–7.) Because Plaintiff is pro se, she should be given a chance to file an amended complaint in an attempt to state a plausible claim over which the Court may exercise jurisdiction. *See Ricks v. Khan*, 135 F.4th 296, 301 (5th Cir. 2025).

The Court **ADOPTS** the Magistrate Judge's R&R (Dkt. No. 4) and, for the reasons set forth therein, Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e). However, the Court grants Plaintiff leave to file her proposed amended complaint (Dkt. No. 10) and hereby **REFERS** this matter to Judge Chestney for review under § 1915(e).

It is so **ORDERED**.

**SIGNED** on October 19, 2026.

ORLANDO L. GARCIA
United States District Judge